In the Matter of Rosemary Toriola, Appellant, v Supreme Court State of New York Appellate Term 2nd and 11th Judicial Districts et al., Respondents.

Submitted February 2, 2009; decided April 2, 2009

Motion for reconsideration of this Court's December 2, 2008

dismissal order denied [*see* 11 NY3d 866 (2008)]. Motion for leave to appeal denied.

Chief Judge LIPPMAN taking no part.